## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. TERRY LEE FOWLER, and<br>LYSSA TOWL, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | Civil Action No.: 11-cv-00642 |
| v. | )<br>) | **CASE UNDER SEAL** |
| EVERCARE HOSPICE, INC., OVATIONS, INC.,<br>OPTUMHEALTH, LLC, UNITED<br>HEALTHCARE SERVICES, INC., UNITED<br>HEALTH GROUP, INC., | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

**CONSOLIDATED WITH**:

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. SHARLENE RICE, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Civil Action No.: 14-cv-1647 |
| EVERCARE HOSPICE, INC. | )<br>) | **CASE UNDER SEAL** |
| Defendant. | ) | |

### NOTICE OF APPEARANCE

Notice is hereby given of the entry of the undersigned as counsel of record for plaintiff-relator, Sharlene Rice, in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other materials to this action should be directed to and served upon:

James F. Barger, Jr.
FROHSIN & BARGER, LLC
3430 Independence Drive, Suite 40

1

Birmingham, AL 35209<br>
(205) 933-4006 ~ Fax: (205) 933-4008<br>
Email: jim@frohsinbarger.com

Date: June 26, 2014              *s/ James F. Barger, Jr.*
                                  James F. Barger, Jr.

                                  **Attorney for Plaintiff-Relator Sharlene Rice**

**OF COUNSEL**
FROHSIN & BARGER, LLC
3430 Independence Drive, Suite 40
Birmingham, AL 35209
Tel: (205) 933-4006
Fax: (205) 933-4008
jim@frohsinbarger.com


<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on June 26, 2014, the foregoing was filed using the CM/ECF system,

which will cause a copy of the foregoing to be emailed to the following:

Marcy E. Cook
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver Colorado, 80202

Michael Porter
porterlaw@comcast.net
Counsel for Terry Lee Fowler and Lyssa Towl

     I also hereby certify that on June 26, 2014, I caused the foregoing to be mailed ot the following via U.S. mail:

Michael D. Granston
Renee Brooker
Holly H. Snow
Attorneys, Civil Division
United States Department of Justice
601 D. Street, NW
Washington, D.C. 20004

2

*s/ James F. Barger, Jr.*
James F. Barger, Jr.