**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00642-PAB-BNB
    (Consolidated with Civil Action No. 14-cv-01647-PAB)

_____

Civil Action No. 11-cv-00642-PAB-BNB

UNITED STATES OF AMERICA, *ex rel.* TERRY LEE FOWLER, and LYSSA TOWL,

    Plaintiff,

v.                                   **CASE RESTRICTED**

EVERCARE HOSPICE, INC., a Delaware corporation,
OVATIONS, INC., a Delaware corporation,
OPTUMHEALTH, LLC, a Delaware limited liability corporation,
UNITED HEALTHCARE SERVICES, INC., a Minnesota corporation, and
UNITED HEALTH GROUP, INC., a Minnesota corporation.

    Defendants.

_____

Civil Action No. 14-cv-01647-PAB

UNITED STATES OF AMERICA *ex rel.* SHARLENE RICE,

    Plaintiff,

v.                                     **CASE RESTRICTED**

EVERCARE HOSPICE, INC.

    Defendant.

**THE UNITED STATES' NOTICE OF ELECTION TO
PARTIALLY INTERVENE AND PARTIALLY DECLINE TO INTERVENE**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it hereby partially intervenes in these *qui tam* actions on the allegations that defendants submitted false Medicare hospice claims for patients who were ineligible for hospice benefits because they were not terminally ill and declines to intervene in all other allegations. The United States intends to file its consolidated complaint within 60 days after this case is unsealed.

The United States reserves the right to seek the dismissal of the relators' actions or any claims on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

DATED this 25th day of August 2014.

    STUART F. DELERY
    Assistant Attorney General

    JOHN F. WALSH
    United States Attorney

    s/ Marcy E. Cook
    Marcy E. Cook
    Assistant United States Attorney
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0171
    Fax: (303) 454-0404
    E-mail: marcy.cook@usdoj.gov

    MICHAEL D. GRANSTON
    RENÉE BROOKER
    HOLLY H. SNOW
    Attorneys, Civil Division
    United States Department of Justice
    601 D Street, NW
    Washington, DC 20004
    Tel.: (202) 616-2879
    Counsel for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2014, I electronically filed the foregoing using the CM/ECF system, which will cause a copy of the foregoing to be e-mailed to the following:

Michael Porter
porterlaw@comcast.net
Counsel for Relators in 11-cv-00642

James F. Barger, Jr.
jim@frohsinbarger.com
Counsel for Relator in 14-cv-00642

I also hereby certify that on August 25, 2014, I cause the foregoing to mailed to the following via U.S. Mail:

None

s/ Marcy E. Cook
Marcy E. Cook