IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00642-PAB-BNB
    (Consolidated with Civil Action No. 14-cv-01647-PAB)

---

Civil Action No. 11-cv-00642-PAB-BNB

UNITED STATES OF AMERICA *ex rel.* TERRY LEE FOWLER and LYSSA TOWL,

    Plaintiff,

v.

EVERCARE HOSPICE, INC., a Delaware corporation,
OVATIONS, INC., a Delaware corporation,
OPTUMHEALTH, LLC, a Delaware limited liability corporation,
UNITED HEALTHCARE SERVICES, INC., a Minnesota corporation, and
UNITED HEALTH GROUP, INC., a Minnesota corporation,

    Defendants.

---

Civil Action No. 14-cv-01647-PAB
UNITED STATES OF AMERICA *ex rel.* SHARLENE RICE,

    Plaintiff,

v.

EVERCARE HOSPICE, INC.,

    Defendant.

---

## ORDER
---

This matter is before the Court on the United States' Unopposed Motion to Maintain Level 2 Restriction on Certain Pleadings [Docket No. 38]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that the United States' Unopposed Motion to Maintain Level 2 Restriction on Certain Pleadings [Docket No. 38] is granted. It is further

**ORDERED** that Docket Nos. 24, 30, and 33 in Case No. 11-cv-00642-PAB-BNB and Docket No. 2 in Case No. 14-cv-01647-PAB shall be restricted under Level 2 Restriction until further order of this Court.

DATED September 4, 2014.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge