IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00642-PAB-BNB
(Consolidated with Civil Action No. 14-cv-1647-PAB)

UNITED STATES OF AMERICA, ex rel.,
TERRY LEE FOWLER, and
LYSSA TOWL,

Plaintiffs,

v.

EVERCARE HOSPICE, INC., a Delaware corporation,
OVATIONS, INC., a Delaware corporation,
OPTUMHEALTH, LLC, a Delaware limited liability corporation,
UNITED HEALTHCARE SERVICES, INC., a Minnesota corporation, and
UNITED HEALTH GROUP, INC., a Minnesota corporation,

Defendants.
_____

Civil Action No. 14-cv-1647-PAB

UNITED STATES OF AMERICA ex rel. SHARLENE RICE,

Plaintiff,

v.

EVERCARE HOSPICE, INC.,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Joint Motion to Vacate and Reset Scheduling Conference** [docket no. 42, filed September 24, 2014] (the "Motion").

　　IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for October 2, 2014, is **vacated and reset to February 24, 2015, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado

80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **February 17, 2015** .  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2(b).

DATED:  September 24, 2014