IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00642-PAB-NYW
(Consolidated with Civil Action No. 14-cv-1647-PAB)

UNITED STATES OF AMERICA, *ex rel.*, TERRY LEE FOWLER, and LYSSA TOWL,

    Plaintiff,

v.

EVERCARE HOSPICE, INC., n/k/a OPTUM PALLIATIVE AND HOSPICE CARE, a Delaware corporation,
OVATIONS, INC., a Delaware corporation, and
OPTUMHEALTH, LLC, a Delaware limited liability corporation, and
UNITED HEALTHCARE SERVICES, INC., a Delaware limited liability corporation,

    Defendants.

_____

Civil Action No. 14-cv-1647-PAB

UNITED STATES OF AMERICA *ex rel.* SHARLENE RICE,

    Plaintiff,

v.

EVERCARE HOSPICE, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

Entered By Magistrate Judge Nina Y. Wang

    This matter is before the Court on Defendants Evercare Hospice, Inc. ("Evercare"), Ovations, Inc. ("Ovations"), and OptumHealth Holdings, LLC's ("Optum") (collectively "Evercare") Unopposed Motion for Leave to File Out-of-Time Response to Relators' Second Amended Complaint (the "Motion"). [#97, filed March 18, 2015]. The matter is before this Magistrate Judge pursuant to the Order of Reference dated March 21, 2011 [#3] and the memorandum dated March 20, 2015 [#99].

2

IT IS ORDERED that the Motion is **GRANTED**; the Clerk is directed to file Exhibit A, "Motion to Dismiss Relators' Second Amended *Qui Tam* Complaint," of [#97] as of this date, March 23, 2015.

DATED:  March 23, 2015