**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00642-PAB-NYW
    (Consolidated with Civil Action No. 14-cv-01647-PAB)
_____

Civil Action No. 11-cv-00642-PAB-NYW

UNITED STATES OF AMERICA, *ex rel.* TERRY LEE FOWLER, and LYSSA TOWL,

    Plaintiff,

v.

EVERCARE HOSPICE, INC., a Delaware corporation,
OVATIONS, INC., a Delaware corporation,
OPTUMHEALTH, LLC, a Delaware limited liability corporation,
UNITED HEALTHCARE SERVICES, INC., a Minnesota corporation, and
UNITED HEALTH GROUP, INC., a Minnesota corporation.

    Defendants.
_____

Civil Action No. 14-cv-01647-PAB

UNITED STATES OF AMERICA *ex rel.* SHARLENE RICE,

    Plaintiff,

v.

EVERCARE HOSPICE, INC.

    Defendant.

**JOINT STATUS REPORT (OCTOBER 30, 2015)**

The Parties submit this Joint Status Report pursuant to the September 14, 2015, Supplemental Scheduling Order, in which the Court ordered that the Parties

submit Joint Status Reports on the last business day of each month, beginning in October 2015.  (Dkt. 119, p. 24.)   This report is intended to apprise the Court of any discovery disputes and any requests for a status conference for resolution.  The report is also intended to inform the Court generally of the status of the Parties' efforts to meet the deadlines set in the Supplemental Scheduling Order.  This report only includes updates regarding developments that occurred after the last Joint Status Report filed on September 1, 2015 (Dkt. 116).

## CASE STATUS

a. <u>Motions Pending:</u>  None.

b. <u>Orders Entered:</u>

The Court entered the Supplemental Scheduling Order on September 14, 2015, setting a discovery schedule that included dates different from those proposed by the Parties.  The Parties are endeavoring to meet those deadlines.

The Court entered its ruling on the Motions to Dismiss on September 22, 2015. (Dkt. 120.)  Defendants subsequently filed their Answers on October 20, 2015.  (Dkt. 124, 125.)

c. <u>Scope and Progress of Written Discovery:</u>

*United States' Discovery Requests*:  Defendant Evercare is responding to the United States' Second, Third, and Fourth Requests for Production of Documents and the United States' First and Second Sets of Interrogatories.  Evercare produced 53 additional patient records in response to the Third Request for Production on October 22, 2015, and will produce an additional seven patient records on November 12, 2015. These records are in addition to the 269 patient records produced in response to the

First Request for Production, and which were addressed in the initial Scheduling Order.

*Evercare's Discovery Requests:*  The United States is responding to Defendant's First Set of Request for Production of Documents, First Set of Interrogatories, and First Set of Requests for Admission.  Relators Fowler and Towl have responded to Defendants' First Request for Production of Documents.

The Parties have agreed and will continue to agree to reasonable extensions of time necessary to accommodate the burdens of the discovery process.  There are no discovery disputes requiring court intervention at this time.

   d. Anticipated Scheduling Issues:

The Court set January 8, 2016, as the deadline for the Parties to designate all experts and serve all information specified in Fed.R.Civ.P. 26(a)(2).  (The parties had requested May 24, 2016.)  (Dkt. 119, p. 21.)  The United States is working with its medical expert to meet this deadline.  The United States is concerned that there may be difficulties meeting the deadline in light of the number and size of the medical charts to be reviewed and the breadth of the report to be produced based on the chart review.  The United States will advise the Court further regarding this concern in the November 30, 2015, Joint Status Report.

///
///
///
///
///

There is no need for a status conference at this time.

Dated: October 30, 2015

| | |
|---|---|
| BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br><br>JOHN F. WALSH<br>United States Attorney<br><br>s/<br>Marcy E. Cook<br>Edwin G. Winstead<br>Assistant United States Attorneys<br>1225 Seventeenth Street, Suite 700<br>Denver, Colorado 80202<br>Telephone: (303) 454-0171/0102<br>Fax: (303) 454-0404<br>E-mail: marcy.cook@usdoj.gov<br>edwin.winstead@usdoj.gov<br><br>Michael D. Granston<br>Renée Brooker<br>Holly H. Snow<br>Olga Yevtukhova<br>Attorneys, Civil Division<br>United States Department of Justice<br>601 D Street, NW<br>Washington, DC 20004<br>Tel.: (202) 616-2879<br><br>Shana T. Mintz<br>Attorney, Civil Division<br>United States Department of Justice<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101<br>Telephone: (206) 553-2264<br>E-mail: shana.t.mintz@usdoj.gov<br><br>ATTORNEYS FOR THE UNITED STATES | HOGAN LOVELLS US LLP<br><br>s/<br>Michael C. Theis<br>David A. DeMarco<br>Emily M. Lyons<br>1200 Seventeenth Street<br>Suite 1500<br>Denver, CO 80202<br>Telephone: (303) 899-7300<br>michael.theis@hoganlovells.com<br>david.demarco@hoganlovells.com<br>emily.lyons@hoganlovells.com<br><br>ATTORNEYS FOR DEFENDANTS EVERCARE HOSPICE, INC., OVATIONS, INC., OPTUMHEALTH HOLDINGS, LLC, AND UNITED HEALTHCARE SERVICES, INC. |

4

THE LAW FIRM OF MICHAEL S. PORTER

s/
Michael S. Porter, Esq.
4465 Kipling Street
Wheat Ridge, CO 80033
Telephone: (303) 940-8370
Fax: (303) 421-4309
E-mail: porterlaw@comcast.net

s/
Richard C. LaFond, P.C.
1756 Gilpin St.
Denver, CO 80202
Telephone: (303) 388-4551
Fax: (303) 388-8324
E-mail: richardlafondpc@gmail.com

ENOCKSON LAW LLC

s/
Paul S. Enockson
4465 Kipling Street
Wheat Ridge, CO 80033
Telephone: (303) 999-0134
Fax: (303) 421-4309
Email: paul@enocksonlaw.com

ATTORNEYS FOR RELATORS FOWLER AND TOWL

FROHSIN & BARGER, LLC

s/
James F. Barger, Jr.
3430 Independence Drive, Suite 40
Birmingham, AL 35209
(205) 933-4006
jim@frohsinbarger.com

CROSS LAW FIRM

s/
Katherine M. Holiday
845 North 11th Street
Milwaukee, WI 53233
(414) 224-0000
kholiday@crosslawfirm.com

ATTORNEYS FOR RELATOR RICE